UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOPE BRUMBACH BRANHAM,**

Plaintiff,

v.

**No. 4:26-cv-00443-P-BJ**

**U.S. BANK NATIONAL ASSOCIATION,**

Defendant.

## ORDER

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, ECF Nos. 17, 19, and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned United States District Judge believes that the Findings and Conclusions of the Magistrate Judge, ECF Nos. 17, 19, are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiff's Motion for Partial Summary Judgment is **DENIED without prejudice**. It is also **ORDERED** that Plaintiff's Motion to Remand, ECF No. 4, and the Emergency Motion for Stay of Foreclosure and Motion to Disregard Removal, ECF No. 5 are **DENIED**.

**SO ORDERED** on this **27th day of July 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE