UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**HOPE BRANHAM,**

Plaintiff,

v. **No. 4:26-cv-00443-P**

**U.S. BANK NATIONAL ASSOCIATION,**

Defendant.

**ORDER**

On September 2, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in the above-captioned case. ECF No. 27. The FCR recommends that Defendant's Motion to Dismiss (ECF No. 20) be granted. Plaintiff filed an Objection to the FCR on September 4, 2026. ECF No. 28. Defendant responded to Plaintiff's Objection on September 11, 2026. ECF No. 29.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 27);
3. The Plaintiff's written objections to the FCR (ECF No. 28);
4. The Defendant's written response to Plaintiff's objections (ECF No. 29); and
5. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objection is **OVERRULED**, and the findings, conclusions, and recommendation of

the Magistrate Judge are **ADOPTED**. Therefore, Defendant's Motion to Dismiss (ECF No. 20) is **GRANTED.**

Plaintiff's Amended Complaint is hereby **DISMISSED with prejudice.**

**SO ORDERED** on this **14th day of September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE